NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**R+L CARRIERS, INC.,**
*Plaintiff-Appellant*

**v.**

**QUALCOMM, INC.,**
*Defendant-Appellee*

———————————

2017-2469

———————————

Appeal from the United States District Court for the Southern District of Ohio in Nos. 1:09-cv-00445-SSB, 1:09-md-02050-SSB-SKB, Senior Judge Sandra S. Beckwith.

———————————

**JUDGMENT**

———————————

ANTHONY C. WHITE, Thompson Hine LLP, Columbus, OH, argued for plaintiff-appellant. Also represented by PHILIP B. SINENENG; STEPHEN BUTLER, SR., Cincinnati, OH; ARTHUR P. LICYGIEWICZ, Cleveland, OH.

J. DEREK VANDENBURGH, Carlson, Caspers, Vandenburgh, Lindquist & Schuman, PA, Minneapolis, MN, argued for defendant-appellee. Also represented by ALEXANDRA JANE OLSON, DOUGLAS J. WILLIAMS; JAMES

GEORGE WARRINER, Norton Rose Fulbright US LLP, Austin, TX; RICHARD STEPHEN ZEMBEK, Houston, TX.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, O'MALLEY, and WALLACH, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|  | |
|---|---|
| August 13, 2018 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |